AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00419 |
| Joseph Elliott Zlab | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 5/7/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Joseph Elliott Zlab__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. §§ 5104(e)(2)(C), (D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 05/07/2021

Digitally signed by G. Michael Harvey
Date: 2021.05.07 13:40:59 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/7/2021, and the person was arrested on *(date)* 5/13/2021
at *(city and state)* Everett WA.

Date: 5/13/2021

*Arresting officer's signature*

Special Agent FBI Christopher Carpenter
*Printed name and title*

Scanned with CamScanner