**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  1:21-mj-419-GMH-1

JOSEPH ELLIOTT ZLAB
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz     Bar # 451557
(Attorney & Bar ID Number)

Price Benowitz LLP
(Firm Name)

409 7th Street, NW, Suite 200
(Street Address)

Washington, DC 20004
(City)   (State)   (Zip)

c (202) 271-5249; o (202) 417-6000
(Telephone Number)