Senior Judge Reggie B. Walton

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                 Plaintiff,

      v.

JOSEPH ELLIOTT ZLAB,

                 Defendant.

NO.  1:21-cr-00389-RBW

NOTICE OF APPEARANCE

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Cooper Offenbecher

and Allen, Hansen, Maybrown & Offenbecher, P.S., hereby appear in the above-entitled cause on

behalf of Defendant Joseph Elliott Zlab, and request that all further papers and pleadings herein,

except original process, be served upon the undersigned attorney at the address below stated.

RESPECTFULLY SUBMITTED this 22nd day of June, 2021.

/s/ Cooper Offenbecher
Cooper Offenbecher, WSBA #40690
Attorney for Joseph E. Zlab
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
206-447-9681 – Phone
206-447-0839 – Fax
cooper@ahmlawyers.com

NOTICE OF APPEARANCE – 1
(U.S. v. Zlab, No. 1:21-cr-00389-RBW)

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED at Seattle, Washington this 22nd day of June, 2021.

/s/ Sarah Conger

Sarah Conger, Legal Assistant
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
206-447-9681 – Phone
206-447-0839 – Fax
sarah@ahmlawyers.com

*NOTICE OF APPEARANCE – 2*
*(U.S. v. Zlab, No. 1:21-cr-00389-RBW)*

**Allen, Hansen, Maybrown &**
**Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681