# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal Action No. 21-389 (RBW) |
| JOSEPH ELLIOTT ZLAB, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the government's Assented-to Motion for Exclusion of Time Under the Speedy Trial Act, it is hereby

**ORDERED** that the government's Assented-to Motion for Exclusion of Time Under the Speedy Trial Act, ECF No. 13, is **GRANTED**. It is further

**ORDERED** that the time from June 7, 2021, until the arraignment scheduled for July 16, 2021, is excluded under the Speedy Trial Act, in light of the defendant's and the government's agreement to waive the defendant's right to a speedy trial until the next hearing date.

**SO ORDERED** this 25th day of June, 2021.

REGGIE B. WALTON
United States District Judge