UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-389 (RBW) |
| ) | |
| JOSEPH ELLIOTT ZLAB, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on July 16, 2021, via videoconference, it is hereby

**ORDERED** that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act Post-Arraignment, ECF No. 21, is **GRANTED**. It is further

**ORDERED** that the parties shall appear before the Court for a status hearing on September 17, 2021, at 1:30 p.m., via videoconference. It is further

**ORDERED** that, with the consent of the parties, the time from July 16, 2021, until the status hearing scheduled for September 17, 2021, is excluded under the Speedy Trial Act, in light in light of (1) the fact that the government requires additional time to produce discovery to the defendant, and (2) the fact that the defendant and his counsel require time to review that discovery.

**SO ORDERED** this 20th day of July, 2021.

REGGIE B. WALTON
United States District Judge