# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-389 (RBW) |
| JOSEPH ELLIOTT ZLAB, | ) |
| Defendant. | ) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on September 17, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on November 19, 2021, at 9:15 a.m., via videoconference. It is further

**ORDERED** that, with the consent of the parties, the time from September 17, 2021, until the status hearing scheduled for November 19, 2021, is excluded under the Speedy Trial Act, in light of the fact that the government requires additional time to produce discovery to the defendant, and in order to permit counsel to engage in further discussions regarding how this case should be resolved.

**SO ORDERED** this 20th day of September, 2021.

REGGIE B. WALTON
United States District Judge