# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-389 (RBW) |
| ) | |
| JOSEPH ELLIOTT ZLAB, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on November 19, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a plea hearing on January 6, 2022, at 2:00 p.m., via videoconference. It is further

**ORDERED** that, with the consent of the parties, the time from November 19, 2021, until the status hearing scheduled for January 6, 2022, is excluded under the Speedy Trial Act, in order to permit counsel to engage in further discussions regarding how this case should be resolved.

**SO ORDERED** this 19th day of November, 2021.

REGGIE B. WALTON
United States District Judge