UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-389-RBW |
| | : | |
| JOSEPH ZLAB, | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, Joseph Zlab, with the concurrence of his attorney, agree and stipulate to the below factual basis for his guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police.  Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.  Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.  On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.  On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.   During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.   The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers.   Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day.   In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.   The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Joseph Zlab's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, Joseph Zlab entered the U.S. Capitol at approximately 2:38 pm through the Memorial Doors.

9. Zlab remained inside the Capitol for approximately 13 minutes walking through various areas inside including the Crypt, the Rotunda, the National Statutory Hall, the hallway outside of the Hall of the House of Representatives, the House Gallery, and the House Appropriations Room.

10. Zlab exited the Capitol at 2:51 pm.

11. On January 20, 2021, Federal Bureau of Investigation ("FBI") agents interviewed Zlab.   During the interview, Zlab admitted that he attended former President Trump's speech on

January 6 in Washington, D.C.   Zlab further stated that he circled the Capitol two or three times to take pictures.   When FBI asked if he went inside, Zlab stated that he wanted an attorney because he did not want to say anything incriminating.

12. On May 13, 2021, FBI downloaded Zlab's phone and found text conversations between Zlab and others from January 6, 2021.   During the conversations, Zlab admitted to entering the U.S. Capitol and then less than one minute later, informed others that there was "a little tear gas."

13. Zlab knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building and willfully and knowingly paraded, demonstrated, and picketed inside the United States Capitol building.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:   /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

  I, Joseph Zlab, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 12/30/21

Joseph Zlab
Joseph Zlab
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

  I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 12/30/21

Cooper Offenbecher
Attorney for Defendant

**Signature:** Joseph Zlab (Dec 30, 2021 11:03 EST)

**Email:** [redacted]