UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 21-cr-389-RBW |
| : | |
| JOSEPH ZLAB, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Michael W. Mitchell. AUSA Mitchell will be substituting for AUSA Lucy Sun.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
District of Columbia

*/s/ Michael W. Mitchell*
Michael W. Mitchell
Assistant United States Attorney
Texas Bar No. 24037126
Capitol Riot Detail
District of Columbia
6450 Mineral Drive, Suite 210
Coeur d'Alene, Idaho 83815
(208) 676-7341
Mike.mitchell@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of January, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Michael W. Mitchell
MICHAEL W. MITCHELL
Assistant United States Attorney