UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:21-cr-00389-RBW |
| : | |
| **JOSEPH ELLIOTT ZLAB,** : | |
| : | |
| **Defendant.** : | |
| : | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS
PURSUANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibits to the Government's Sentencing Memorandum, which have been provided to defense counsel and the Court via USAfx. The videos at issue are three videos recorded by the Defendant during his time within the U.S. Capitol building on January 6, 2021. The videos are short and unedited, other than the appearance of the watermark identifying each exhibit. The videos are marked as Exhibit A, Exhibit B, and Exhibit C. If this Court accepts the video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

2

Respectfully submitted,

MATTHEW M. GRAVES
U.S. ATTORNEY
DC Bar No. 481052


By:    /s/ *Michael W. Mitchell*
       MICHAEL W. MITCHELL
       Assistant United States Attorney
       Detailed to the District of Columbia
       Texas Bar No.  24037126
       555 4th Street, N.W.
       Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the forgoing motion was served upon counsel of record through ECF on the date of filing, this the 29th day of March, 2022.

            By: /s/ *Michael W. Mitchell*
               MICHAEL W. MITCHELL
               Assistant United States Attorney
               Detailed to the District of Columbia
               Texas Bar No. 24037126
               555 4th Street, N.W.
               Washington, D.C. 20530