# APPENDIX A

March 28, 2022

The Honorable Reggie Walton
Senior United States District Judge
United States District Court for
   the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Walton:

    On January 6th, 2021, I was part of a mob of people that entered into the Capitol Building. I did not get permission to enter this restricted building and knew better than to just walk in. I am a grown man, a husband, a father, and a business owner. I broke the law and am writing this letter to acknowledge my wrongdoing and plead for leniency for my trespass.

    I entered the Capitol through a door that was held open by a U.S. Capitol Police officer. There were two other officers standing just inside talking with other protesters. Perhaps this is how I rationalized to myself, at the time, that it was okay to follow the others inside. But it should have been abundantly clear to me based on the circumstances that I should never have gone into the Capitol. About ten minutes later, when told to leave the building, I did so. Once outside, I observed pushing and shoving at the eastern doors as well as damage to the doors but still didn't understand the extent of the lawlessness that had occurred that day. I returned to my hotel room and saw to my horror what was on the news. I became agitated, lost all appetite, and couldn't finish my dinner. I had not personally observed violence while I was approaching the building nor while inside. When I realized the extent of what had happened, and appreciated my involvement, I was physically sick to my stomach.

    I went to Washington D.C. to take part in a protest and a march, which coincided with my birthday (January 7). Similar to my trip in December 2020 with my wife and her sisters, my intent was to exercise my freedoms of speech and assembly in a lawful and peaceful manner. While the day started out that way, I did not listen to my better instincts, and I unwisely entered the Capitol Building. This protest turned into a riot and an unruly mob, and has now left a stain on American history. I am so sorry that I had any part of these events and at this point can only ask for leniency from the Court for my actions.

Very respectfully,

*[signature]*

Joseph Zlab