UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| v. ) | |
| ) | Case No.: 21-cr-00389-RBW |
| **JOSEPH ELLIOTT ZLAB,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION REQUESTING UNITED STATES PROBATION
OFFICE'S RECOMMENDATIONS REGARDING SENTENCING**

Defendant Joseph Zlab, by and through undersigned counsel, respectfully moves this Court for an Order to provide to the parties the United States Probation Office's Sentencing Recommendations in this matter. In support of this motion, counsel states the following:

1. Sentencing in this case is currently scheduled for April 1, 2022, at 10:00 a.m.

2. Counsel understands that the United States Probation Office's ("USPO") Sentencing Recommendations in this matter have now been filed with the Court.

3. Accordingly, counsel respectfully requests that the Sentencing Recommendations be made available to the parties to assist with their preparation for the upcoming sentencing hearing.

1

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court grant this motion and Order that the USPO Sentencing Recommendations be provided to the parties.

                Respectfully submitted,

                */s/ Cooper Offenbecher*
                Cooper Offenbecher, WSBA #40690
                Attorney for Joseph E. Zlab
                Allen, Hansen, Maybrown & Offenbecher, P.S.
                600 University Street, Suite 3020
                Seattle, WA 98101
                206-447-9681 – Phone
                206-447-0839 – Fax
                cooper@ahmlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2022, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED at Seattle, Washington this 30th day of March, 2022.

/s/ Sarah Conger
Sarah Conger, Legal Assistant
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
206-447-9681 – Phone
206-447-0839 – Fax
sarah@ahmlawyers.com