# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 21-389 (RBW) |
| JOSEPH ELLIOTT ZLAB, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the defendant's Motion Requesting United States Probation Office's Recommendations Regarding Sentencing, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion Requesting United States Probation Office's Recommendations Regarding Sentencing, ECF No. 47, is **GRANTED**.  It is further

**ORDERED** that the United States Probation Office shall provide the parties with its sentencing recommendation in this matter.

**SO ORDERED** this 30th day of March, 2022.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge