

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 21-389 (RBW) |
| | ) | |
| JOSEPH ELLIOTT ZLAB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

On June 6, 2022, the Press Coalition filed an Application for Access to Video Exhibits in this case, requesting access to the video exhibits submitted by the government as part of the sentencing held on April 1, 2022.  <u>See</u> Application for Access to Video Exhibits, ECF No. 58, ¶ 5.  The Press Coalition submits this request pursuant to this court's Standing Order 21-28, which was issued by Chief Judge Beryl A. Howell on May 14, 2021, and states in relevant part:

> Members of the media seeking access to video exhibits submitted to the Court in Capitol Cases may file an application, pursuant to D.D.C. LCrR 57.6, to the presiding judge in the case . . . [.]  Upon grant of such media application, the government shall make the video exhibit[s] available to any member of the media with necessary access credentials provided by the government, unless the order otherwise limits access.  Members of the media provid[ing] access to video exhibits in a particular case pursuant to such order may view those exhibits using the 'drop box' technical solution provided by the USAO-DC.  No recording, copying, downloading, retransmitting or further broadcasting of a video exhibits in a particular case is permitted, unless such permission is granted by the presiding judge, who may seek the position of the parties[.]

Standing Order 21-28 (May 14, 2021) at 5–6.

Accordingly, upon consideration of the Press Coalition's Application for Access to Video Exhibits, it is hereby

**ORDERED** that the Press Coalition's Application for Access to Video Exhibits, ECF No. 58, is **GRANTED**. It is further

**ORDERED** that, within seventy-two hours of this Order, the government shall release the video exhibits presented at the April 1, 2022 sentencing to the Press Coalition via electronic drop box as indicated in the Standing Order.  It is further

**ORDERED** that the government shall provide the Press Coalition's counsel with the necessary access credentials referenced in the Standing Order.  It is further

**ORDERED** that the Press Coalition is permitted to record, copy, download, retransmit, and otherwise further publish the video exhibits.

**SO ORDERED** this 7th day of June, 2022.[1]

REGGIE B. WALTON
United States District Judge

---

[1] Although the Court cannot perceive a basis for an objection to this request by the Press Coalition, if either of the parties does object, they shall advise the Court of this objection within twenty-four hours of the issuance of this Order.