UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-389 (RBW) |
| v. : | |
| : | |
| JOSEPH ELLIOTT ZLAB, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
## FOR RETURN OF PASSPORT

The defendant, Joseph Zlab ("Mr. Zlab"), has filed a motion for the return of his passport, which is presently held at the Clerk's office at the United States District Court for the Western District of Washington. The government has confirmed with the U.S. Probation Office that Mr. Zlab has not committed any violations of his probation conditions to date. In light of his history of compliance and the lack of indicators that he currently represents a flight risk, the government does not oppose the return of Mr. Zlab's passport.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052


*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
sean.brennan@usdoj.gov
(202) 252-7125